# UNITED STATES DISRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| KAMONICA MCWHITE-YORK, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>PEPPERIDGE FARM, INC.,<br><br>        Defendant. | Civil Action No. 4:24-cv-00231-JD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Kamonica McWhite-York ("Plaintiff") gives notice that all of Plaintiff's individual claims brought in this litigation are hereby dismissed with prejudice.

Dated: January 30, 2025                                   Respectfully submitted,

                                                                                   */s/Paul J. Doolittle*
                                                                                   Paul J. Doolittle, Esq. (6012)
                                                                                   **POULIN | WILLEY | ANASTOPOULO, LLC**
                                                                                   32 Ann Street
                                                                                   Charleston, SC 29403
                                                                                   Telephone: (803) 222-2222
                                                                                   E-mail: Paul.doolittle@poulinwilley.com
                                                                                   cmad@poulinwilley.com
                                                                                   *Attorneys for Plaintiffs*

1